**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) | ) | **3:09-md-02100-DRH-PMF** |
| MARKETING, SALES PRACTICES AND | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates to:**

| | |
|---|---|
| *Tracey Alimenti v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13403-DRH-PMF |
| *Tarah M. Aly v. Bayer Corporation, et al.* | No. 3:12-cv-11309-DRH-PMF |
| *Alyssa Anderson-Ruff, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10221-DRH-PMF |
| *Hayden N. Baird v. Bayer Corporation, et al.* | No. 3:13-cv-10364-DRH-PMF |
| *Leslie Baugh v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10469-DRH-PMF |
| *Kori Berdahl v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10443-DRH-PMF |
| *Dawn Marie Bergold v. Bayer Corporation, et al.* | No. 3:11-cv-12517-DRH-PMF |
| *Angela Billings v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12076-DRH-PMF |
| *Molly Bonner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12172-DRH-PMF |
| *Tiffany Brown v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13395-DRH-PMF |
| *Kati Bryda v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13219-DRH-PMF |
| *Linda Cherie Buchanan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10872-DRH-PMF |
| *Rachelle Bull v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10311-DRH-PMF |

| | |
|---|---|
| *Lacey Bunter v. Bayer Corporation, et al.* | No. 3:12-cv-11055-DRH-PMF |
| *Elizabeth Burnett v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12986-DRH-PMF |
| *Michelle Callahan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11080-DRH-PMF |
| *Kelley Callesen v. Bayer Corporation, et al.* | No. 3:12-cv-11481-DRH-PMF |
| *Kayla Carlucci v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11077-DRH-PMF |
| *Aeelen Carrera-Ponce, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10640-DRH-PMF |
| *Nicole Case v. Bayer Schering Pharma AG* | No. 3:10-cv-10871-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the order filed on January 9, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT


BY:   /s/*Cheryl A. Ritter*
　　　**Deputy Clerk**

Digitally signed
by David R.
Herndon
Date: 2015.01.12
09:55:04 -06'00'

**APPROVED:**
　　　**U.S. DISTRICT JUDGE**
　　　**U. S. DISTRICT COURT**

2